**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAMARY AMARYLI BONILLA-ACOSTA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al*.,

Respondents.

Case No. 5:26-cv-02423-DMK

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED: July 21, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE